THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT 
 IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Samuel Wilson, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2004-UP-478   
Submitted September 15, 2004  Filed 
 September 16, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General JohnW. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent. 
 
 
 

PER CURIAM:  Appellant was convicted of 
 possession of crack cocaine with intent to distribute, possession of crack cocaine 
 within proximity of a public school, and unlawful child neglect, and he was 
 sentenced.  The issue briefed by appellate counsel concerns the trial courts 
 denial of Appellants motion for directed verdict.  Appellants counsel has 
 petitioned to be relieved as counsel, stating that he has reviewed the record 
 and has concluded the appeal is without merit.  Appellant has filed a pro 
 se brief, which we have considered.    
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
HEARN, C.J., HUFF, and KITTREDGE, JJ., concur.  
  

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.